IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02357-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

NEILL MCKENZIE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2014**.

    Defendant's Unopposed Motion for Leave to Amend Answer to Plaintiff's Amended Complaint [filed February 17, 2014; docket #25] is **granted**. The Clerk of the Court is directed to file the Amended Answer located at docket #25-1.

    The Court notes that neither the Plaintiff nor the Defendant complied with D.C. Colo. LCivR 15.1(a) when filing their amended pleadings. Any further filings that fail to comply with Rule 15.1(a) may be denied without prejudice or stricken.